## HASHAGAN *v.* MANLOVE.

MUTUAL INSURANCE COMPANY.—*Receiver.—Assessment.—Pleading.*—Embree *v.* Shideler, 36 Ind. 423, adhered to.

APPEAL from the Ripley Circuit Court.

DOWNEY, J.—This was an action by the appellee, as receiver of The Equitable Fire Insurance Company, a mutual insurance company, organized under the laws of the State of Indiana, against the appellant, upon a premium note. In the circuit court there was judgment by default against the appellant.

Among the errors assigned, she alleges that the complaint does not state facts sufficient to constitute a cause of action.

The complaint is liable to the same objections which were held by this court to be fatal objections to the complaint, in · *Embree* v. *Shideler,* 36 Ind. 423.

The judgment is reversed, with costs, and the cause remanded.

*G. Durbin,* for appellant.